**FILED**
**NOVEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6404**

In the Matter of                                    Case Number:

Gary H. Crytser and Sanford Finley, Individually and on behalf of others similarly situated, PLAINTIFFS
Vs.
Trans Union, LLC and Hartford Casualty Insurance Company
DEFENDANTS

**JUDGE BUCKLO**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**J. N.**

Plaintiffs Gary H. Crytser and Sanford Finley

| | |
|---|---|
| NAME (Type or print) | |
| Timothy J. Lowery | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Timothy J. Lowery | |
| FIRM | |
| LOWERY & ASSOCIATES<LLC | |
| STREET ADDRESS | |
| 333 W. Wacker Drive, Suite 420 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6192142 | 312 460 8788 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |