## United States District Court for the Northern District of Illinois

Case Number: 07cv6404   Assigned/Issued By: j. n.

Judge Name: Bucklo   Designated Magistrate Judge: Brown

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____   Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2325286

Date Payment Rec'd: 11-12-07   Fiscal Clerk: j. n.

**ISSUANCES**

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ ____
(Type of Writ)

2 Original and 2 copies on 11-13-07 as to defendants
(Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05