## LOWERY & ASSOCIATES, LLC

| | ATTORNEYS AT LAW | |
|---|---|---|
| **TIMOTHY J. LOWERY** | 333 W. Wacker Drive<br>Suite 420 | **JOHN R. WITHALL** |
| **MARTIN B. LOWERY**<br>OF COUNSEL | CHICAGO, IL 60606-1225<br>TELEPHONE (312) 460-8788 | **MARIE LaPRES**<br>(Also Licensed in Wisconsin) |
| **KATHLEEN A. SMITH-HASZTO**<br>OF COUNSEL | FACSIMILE (312) 460-8790<br>E-MAIL loweryllc@loweryllc.com | |

November 13, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Director of Insurance
State of Illinois
100 West Randolph
Suite 9-301
Chicago, Illinois 60601

Re:   Gary Crytser, et al v. Trans Union, L.L.C., et al
      Our File No. 2266

Dear Sir or Madam:

Enclosed please find original and copy of Summons, together with two copies of our Complaint. Please accept service on behalf of Hartford Casualty Insurance Company. We also enclose our check in the amount of $20.00.

Thank you for your assistance.

Very truly yours,

Timothy J. Lowery

TJL:dd
Enclosures