2266

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY H. CRYTSER and<br>SANFORD FINLEY, Individually<br>and on behalf of others similarly situated,<br><br>          Plaintiffs<br><br>     v.<br><br>TRANS UNION, LLC and<br>HARTFORD CASUALTY INSURANCE<br>COMPANY,<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 07 C 6404<br>)<br>)<br>)   Honorable Judge Elaine E. Bucklo<br>)<br>)<br>) |

## NOTICE OF FILING

TO:  Trans Union, LLC                          Hartford Casualty Insurance Co.
     c/o Registered Agent                       c/o Director of Insurance
     Prentice Hall Corporation                  State of Illinois
     33 North LaSalle Street                    100 W. Randolph
     Chicago, Illinois 60602                    Suite 9-301
                                                Chicago, Illinois 60601

     Ms. Dawn Wheelahan
     5528 Loyola Avenue
     New Orleans, Louisiana 70115

     PLEASE TAKE NOTICE that on November 27, 2007, we filed **PROOF OF SERVICE ON DIRECTOR OF INSURANCE OF ILLINOIS, FOR HARTFORD CASUALTY INSURANCE COMPANY; and AFFIDAVIT OF SPECIAL PROCESS SERVER, FOR SERVICE ON TRANS UNION, LLC**, with the Northern District of Illinois, Eastern Division.

                              Respectfully submitted,

                              GARY H. CRYTSER and SANFORD
                              FINLEY, Individually and on behalf
                              of others similarly situated

        s/Timothy J. Lowery
        LOWERY & ASSOCIATES, LLC
        333 West Wacker Drive, Suite 420
        Chicago, Illinois 60606
        (312) 460-8788
        loweryllc@loweryllc.com

## CERTIFICATE OF SERVICE

I, Timothy J. Lowery, after being first duly sworn on oath, depose and state that I served **PROOF OF SERVICE ON DIRECTOR OF INSURANCE OF ILLINOIS, FOR HARTFORD CASUALTY INSURANCE COMPANY; and AFFIDAVIT OF SPECIAL PROCESS SERVER, FOR SERVICE ON TRANS UNION, LLC**, on the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on November 27, 2007.

        s/Timothy J. Lowery
        LOWERY & ASSOCIATES, LLC
        333 West Wacker Drive
        Suite 420
        Chicago, Illinois 60606
        (312) 460-8788
        loweryllc@loweryllc.com