# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GARY CRYSTER, et. al., Plaintiffs, v.<br>TRANS UNION LLC, and HARTFORD CASUALTY INSURANCE CO., Defendants. | Case Number:<br>07 C 06404<br><br>Judge Bucklo<br>Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TRANS UNION LLC

| |
|---|
| NAME (Type or print)<br>Michael O'Neil |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael O'Neil |
| FIRM<br>DLA Piper US LLP |
| STREET ADDRESS<br>203 N. LaSalle Street, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06201736 | TELEPHONE NUMBER<br>312.368.4098 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com

CHGO1\31127776.1