# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GARY CRYSTER, et. al., Plaintiffs, v. | 07 C 06404 |
| TRANS UNION LLC, and HARTFORD CASUALTY | |
| INSURANCE CO., Defendants. | Judge Bucklo |
| | Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TRANS UNION LLC

| NAME (Type or print) |
|---|
| Peter J. Donoghue |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter J. Donoghue |
| FIRM |
| DLA Piper US LLP |
| STREET ADDRESS |
| 203 N. LaSalle Street, Suite 1900 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06206849 | 312.368.7288 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com

CHGO1\31127839.1