IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY CRYTSER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action 07 C 06404 |
| v. | ) | |
| | ) | Judge Bucklo |
| | ) | |
| TRANS UNION, LLC, | ) | Magistrate Judge Brown |
| and HARTFORD CASUALTY INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TRANS UNION LLC'S
LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All affiliates of the party: TransUnion Corp.

Dated: December 5, 2007            Respectfully submitted,
                                   **TRANS UNION LLC**


                                   By: /s/ Peter J. Donoghue
                                        One of Its Attorneys

Roger L Longtin (ARDC No. 01689185)
Michael O'Neil (ARDC No. 06201736)
Peter J. Donoghue (ARDC No. 06206849)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

**CERTIFICATE OF SERVICE**

  I, Peter Donoghue, an attorney, state that on December 5, 2007, I electronically filed the foregoing Defandant Trans Union LLC'S Local Rule 3.2 Disclosure Statement and appearances with the Clerk of the Court using the CM/ECF system, which will serve electronic notice on the following:

| | |
|---|---|
| Dawn Wheelahan | Timothy Lowery |
| 5528 Loyola Ave. | Lowery & Associates LLC |
| New Orleans, Louisiana 70115 | 333 West Wacker Drive |
| | Suite 420 |
| | Chicago, Illinois 60606 |

and with service by first class mail on the following party:

Hartford Casualty Insurance Company
c/o Director of Insurance
State of Illinois
100 West Randolph
Suite 9-301
Chicago, Illinois 60601.

            /s/ Peter J. Donoghue
            Peter J. Donoghue