# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GARY CRYTSER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action 07 C 06404 |
| v. | ) | |
| | ) | Judge Bucklo |
| | ) | |
| TRANS UNION, LLC, | ) | Magistrate Judge Brown |
| and HARTFORD CASUALTY INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:** Parties and Counsel on the
Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Tuesday, December 11, 2007** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Elaine E. Bucklo or before any judge sitting in her stead, in Courtroom 1441, in the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, to present for hearing **Trans Union LLC's Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiffs' Complaint**, which is attached hereto and hereby served upon you.

TRANS UNION LLC

By: s/Peter J. Donoghue
One of its Attorneys

Roger L. Longtin (ARDC No. 01689185)
Michael O'Neil (ARDC No. 06201736)
Peter J. Donoghue (ARDC No. 06206849)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel: (312) 368-4000
Fax: (312) 236-7516

## **CERTIFICATE OF SERVICE**

      I, Peter Donoghue, an attorney, state that on December 5, 2007, I electronically filed the foregoing **Notice of Motion and Motion for Extension of Time to Answer or Otherwise Plead** and appearances with the Clerk of the Court using the CM/ECF system, which will serve electronic notice on the following:

| | |
|---|---|
| Dawn Wheelahan | Timothy Lowery |
| 5528 Loyola Ave. | Lowery & Associates LLC |
| New Orleans, Louisiana 70115 | 333 West Wacker Drive |
| | Suite 420 |
| | Chicago, Illinois 60606 |

and with service by first class mail on the following party:

Hartford Casualty Insurance Company
c/o Director of Insurance
State of Illinois
100 West Randolph
Suite 9-301
Chicago, Illinois 60601.

                                               /s/ Peter J. Donoghue
                                               Peter J. Donoghue