IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY H. CRYTSER and **SANFORD FINLEY,** Individually and on behalf of others similarly situated **Plaintiffs** | * * Civil Action 07-6404 * * * Judge Bucklo |
| Versus | * * |
| **TRANS UNION, LLC** and **HARTFORD CASUALTY INSURANCE CO.** **Defendants** | * Magistrate Judge Brown * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE
## TO MOTION FOR EXTENSION

Plaintiffs object to the extension Trans Union asks for, which is twice again the time allowed by the Federal Rules to respond, because it unnecessarily delays the case.

In addition, it does not seem that Trans Union should not need additional time to respond, because Trans Union, represented by the same counsel, settled a nationwide class action (the class was represented by undersigned counsel) in the Eastern District of Louisiana, based on the identical violations of the same statute; and that settlement is *presently* the subject of ongoing briefing in pending motion to enforce the consent order (which Trans Union admits violating with respect to all consumer reports furnished through the Internet since December, 2004, involving more than 1.6 million credit reports).  See *Washington v. CSC* c/w *LeBlanc v Trans Union*, E.D. La. No. 97-0971 c/w 98-2081, Docs. 303-329.

Plaintiffs would not have objected to the usual ten or twenty day extension of time to respond that defendants ordinarily ask for; and still does not.

>Respectfully submitted:
>
>**/s/ Dawn Adams Wheelahan**
>
>**Dawn Adams Wheelahan** (19263)
>5528 Loyola Avenue
>New Orleans, Louisiana 70118
>Telephone: 512-689-1153
>Facsimile: 512-628-3149
>Email: dwheelahan@aol.com
>
>and
>
>**Timothy Joseph Lowery** (6192142)
>LOWERY & ASSOCIATES, L.L.C
>333 W. Wacker Drive, Suite 420
>Chicago, IL 60606
>(312) 460-8788
>loweryllc@loweryllc.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all parties through their counsel, by electronic transmission from the Court and by email to any counsel not served by the Court on December 6, 2007.

>**/S/ Dawn Adams Wheelahan**
>_____