## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Gary H. Crytser, et al.
                            Plaintiff,

v.                                                       Case No.: 1:07−cv−06404
                                                      Honorable Elaine E. Bucklo

Trans Union, LLC, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2007:

      MINUTE entry before Judge Elaine E. Bucklo : Trans Union's motion for extension of time to file answer regarding complaint [14] is granted to and including 1/14/2007. Initial scheduling conference set for 1/31/2008 at 9:30 a.m. Parties to file proposed scheduling order before that date. No appearance is necessary on 12/11/2007. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.