**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GARY H. CRYTSER and SANFORD FINLEY, Individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6404 |
| vs. | ) ) | Judge Elaine E. Bucklo |
| TRANS UNION, LLC and HARTFORD CASUALTY INSURANCE COMPANY, | ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

**HARTFORD CASUALTY INSURANCE COMPANY'S
LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Defendant, Hartford Casualty Insurance Company, by its attorneys, respectfully submits this notification of affiliates pursuant to Rule 3.2 of the Northern District of Illinois Local Rules:

Hartford Casualty Insurance Company is a wholly owned subsidiary of Hartford Accident and Indemnity Company, which is a wholly owned subsidiary of Hartford Fire Insurance Company. Hartford Fire Insurance Company is a wholly owned company of The Hartford Financial Services Group, Inc. ("HFSG"), which is a holding company. HFSG is a publicly traded company.

December 12, 2007                                    Respectfully submitted,


  s/ *Lindsey L. Evans*  
Marci A. Eisenstein  
Charles H.R. Peters  
Lindsey L. Evans  
Schiff Hardin LLP  
6600 Sears Tower  
Chicago, IL 60626  
312-258-5500

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007, a copy of **Hartford Casualty Insurance Company's Local Rule 3.2 Notification of Affiliates** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dawn Adams Wheelahan, Esq.
DAWN ADAMS WHEELAHAN, LLC
5528 Loyola Avenue
New Orleans, LA 70115

Timothy Joseph Lowery, Esq.
LOWERY & ASSOCIATES, LLC
333 West Wacker Drive
Suite 420
Chicago, IL 60606-1225

Roger L. Longtin, Esq.
Michael C. O'Neil, Esq.
Peter J. Donoghue, Esq.
DLA PIPER US LLP
203 North LaSalle Street
20th Floor
Chicago, IL 60601

                    *s/ Lindsey L. Evans*