IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY H. CRYTSER and SANFORD FINLEY, Individually and on behalf of others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 07 C 6404 |
| vs. ) ) | Judge Elaine E. Bucklo |
| TRANS UNION, LLC and HARTFORD CASUALTY INSURANCE COMPANY, ) ) ) ) | Magistrate Judge Brown |
| Defendants. ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME FOR HARTFORD CASUALTY INSURANCE COMPANY TO ANSWER OR OTHERWISE PLEAD**

Defendant, Hartford Casualty Insurance Company ("Hartford"), by its attorneys, respectfully submits this agreed motion for extension of time to respond to the Class Action Complaint ("Complaint"). In support of this motion, Hartford states:

1. Plaintiffs filed their Complaint on November 12, 2007 (Docket No. 1).

2. Hartford recently retained counsel for this case and is currently investigating the allegations in the Complaint. Hartford respectfully requests until (and including) January 14, 2008 to complete this investigation and respond to the complaint.

4. On December 7, 2007, one of the attorneys for Hartford, Charles Peters, consulted with Plaintiffs' counsel, Dawn A. Wheelahan, regarding the proposed extension, and Plaintiffs' counsel agreed to the extension of time.

5. The Court granted co-Defendant Trans Union, LLC's Motion for an Extension of Time on December 10, 2007, extending the time for Trans Union LLC to answer or otherwise plead until and including January 14, 2008. (Docket No. 17). Hartford's requested extension will therefore allow both defendants to respond to the complaint on the same date and will not cause any undue prejudice or delay.

## CONCLUSION

For the reasons set forth above, Hartford Casualty Insurance Company respectfully requests that the Court grant its Agreed Motion for Extension of Time and permit Hartford until January 14, 2008, to answer or otherwise respond to the Complaint.

December 12, 2007                                                                 Respectfully submitted,


   /s/ *Lindsey L. Evans*
Marci A. Eisenstein
Charles H.R. Peters
Lindsey L. Evans
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60626
312-258-5500

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2007, a copy of **AGREED MOTION FOR AN EXTENSION OF TIME FOR HARTFORD CASUALTY INSURANCE COMPANY TO ANSWER OR OTHERWISE PLEAD** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dawn Adams Wheelahan, Esq.
DAWN ADAMS WHEELAHAN, LLC
5528 Loyola Avenue
New Orleans, LA 70115

Timothy Joseph Lowery, Esq.
LOWERY & ASSOCIATES, LLC
333 West Wacker Drive
Suite 420
Chicago, IL 60606-1225

Roger L. Longtin, Esq.
Michael C. O'Neil, Esq.
Peter J. Donoghue, Esq.
DLA PIPER US LLP
203 North LaSalle Street
20th Floor
Chicago, IL 60601

                                                            */s/ Lindsey L. Evans*