IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY H. CRYTSER and SANFORD FINLEY, Individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6404 |
| vs. | ) ) | Judge Elaine E. Bucklo |
| TRANS UNION, LLC and HARTFORD CASUALTY INSURANCE COMPANY, | ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Counsel Listed on the Attached
Certificate of Service.

**PLEASE TAKE NOTICE** that on Tuesday December 18, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in Courtroom 1441 in the United States District Court for The Northern District of Illinois, 219 South Dearborn, Chicago, Illinois and shall then and there present **Agreed Motion For An Extension of Time for Hartford Casualty Insurance Company to Answer or Otherwise Plead**, a copy of which was previously served upon you.

December 12, 2007

Respectfully submitted,

 s/ *Lindsey L. Evans*
Marci A. Eisenstein
Charles H.R. Peters
Lindsey L. Evans
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60626
312-258-5500

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2007, a copy of **AGREED MOTION FOR AN EXTENSION OF TIME FOR HARTFORD CASUALTY INSURANCE COMPANY TO ANSWER OR OTHERWISE PLEAD** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dawn A. Wheelahan, Esq.
DAWN ADAMS WHEELAHAN, LLC
5528 Loyola Avenue
New Orleans, LA 70115

Timothy J. Lowery, Esq.
LOWERY & ASSOCIATES, LLC
333 West Wacker Drive
Suite 420
Chicago, IL 60606-1225

Roger L. Longtin, Esq.
Michael C. O'Neil, Esq.
Peter J. Donoghue, Esq.
DLA PIPER US LLP
203 North LaSalle Street
20th Floor
Chicago, IL 60601

                                                *s/ Lindsey L. Evans*