# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gary H. Crytser, et al.
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06404
                                                Honorable Elaine E. Bucklo

Trans Union, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2007:

    MINUTE entry before Judge Elaine E. Bucklo : Defendant Hartford Casualty Insurance Company's agreed motion (22) for extension of time to answer or otherwise plead to January 14, 2008 is granted.No notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.