UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gary H. Crytser, et al.
                     Plaintiff,

v.                                                 Case No.: 1:07−cv−06404
                                                       Honorable Elaine E. Bucklo

Trans Union, LLC, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

       MINUTE entry before Judge Elaine E. Bucklo :Scheduling conference held on 1/31/2008. The court approved parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 10/1/08. Defendant shall comply with FRCP(26)(a)(2) by 11/15/08.Discovery ordered closed by 10/1/2008. Dispositive motions with supporting memoranda due by 12/15/2008. Pretrial Order due by 3/2/2009. Status hearing set for 4/25/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.