# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gary H. Crytser, et al.

                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06404
                                                      Honorable Elaine E. Bucklo

Trans Union, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

        MINUTE entry before the Honorable Elaine E. Bucklo:Pursuant to plaintiff's request, status hearing reset for 9/11/2008 at 09:30 AM. If the case is settled before that time, a stipulation to dismiss to be filed promptly.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.