**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Gary H. Crytser, et al.
                      Plaintiff,

v.                                        Case No.: 1:07−cv−06404
                                                      Honorable Elaine E. Bucklo

Trans Union, LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held on 9/11/2008. Status hearing set for 10/30/2008 at 09:30 AM. Discovery cut−off date is vacated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.